*1058 522 U. S. 827; ante, p. 373; ante, p. 423; ante, p. 1021; ante, p. 1005; ante, p. 1036; ante, p. 1036; ante, p. 1038; ante, p. 1005; ante, p. 1038; ante, p. 1038; ante, p. 1038; ante, p. 1039; 526 U. S. 1117; 525 U. S. 1167; 526 U. S. 1072; 526 U. S. 1101; 526 U. S. 1119; 526 U. S. 1120; 526 U. S. 1049; 526 U. S. 1103; 526 U. S. 1148; *1059 526 U. S. 1144; 526 U. S. 1162; ante, p. 1007; ante, p. 1008; ante, p. 1024; ante, p. 1026; ante, p. 1040; ante, p. 1041; 526 U. S. 1152; ante, p. 1041; ante, p. 1041; 526 U. S. 1164; ante, p. 1010; ante, p. 1029; and ante, p. 1043. Petitions for rehearing denied.
No. 98-8736.
No. 98-8843.
No. 98-8874.
No. 98-8933.
No. 98-8983.
No. 98-9062.
No. 98-9097.
No. 98-9127.
No. 98-9131.
No. 98-9140.
No. 98-9142.
No. 98-9195.
No. 98-9278.
No. 98-9496.
No. 98-9567.